396 A.2d 26

Commonwealth v. Raymond Green, Appellant.

Submitted September 29, 1977. Lawrence B. Fox, for appellant; John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 26

Commonwealth v. Guringo, Appellant.

Argued March 28, 1978. Richard E. Moose, Assistant Public Defender, submitted a brief for appellant; J. Lasensky, Assistant District Attorney, with him Alexander Bratic, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

The above case was decided prior to the retirement of HOFFMAN, J.